UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OONIE LYNN EVANS,

    Plaintiff,

                                                                                 No. 05-60158
                                                                                 Hon. John Corbett O'Meara
v.

FIFTH THIRD LEASING COMPANY, et. al.,

    Defendants.

_____/

## ORDER REMANDING STATE LAW CLAIM

Plaintiff filed suit against Fifth Third Leasing Company and a number of other defendants in Monroe County District Court. Defendants removed the case to this court. Count I of Plaintiff's claim is based on alleged violations of Fair Debt Collection Practices Act, 15 U.S.C. § 1692. Count II alleges violations of the Michigan Collection Practices Act, MCL 339.901. This court declines to exercise supplemental jurisdiction over the alleged state law claim. See United Mine Workers v. Gibbs, 383 U.S. 715 (1966); 28 U.S.C. § 1367(c). Accordingly, pursuant to 18 U.S.C. § 1367(c), Count II is **REMANDED** to Monroe County District Court**.**

                                                s/John Corbett O'Meara
                                                John Corbett O'Meara
                                                United States District Judge

Dated: August 3, 2005