UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OONIE LYNN EVANS,

    Plaintiff,

v.

    No. 05-60158
    Hon. John Corbett O'Meara

FIFTH THIRD LEASING COMPANY, et. al.,

    Defendants.

_____/

## ORDER REMANDING STATE LAW CLAIM

Plaintiff filed suit against Fifth Third Leasing Company and a number of other defendants in Monroe County District Court. Defendants removed the case to this court. Count I of Plaintiff's claim is based on alleged violations of Fair Debt Collection Practices Act, 15 U.S.C. § 1692. Count II alleges violations of the Michigan Collection Practices Act, MCL 339.901. This court declines to exercise supplemental jurisdiction over the alleged state law claim. See United Mine Workers v. Gibbs, 383 U.S. 715 (1966); 28 U.S.C. § 1367(c). Accordingly, pursuant to 18 U.S.C. § 1367(c), Count II is **REMANDED** to Monroe County District Court.

    /s/ John Corbett O'Meara
    John Corbett O'Meara
    United States District Judge

Date: 8-4-05

FILED AUG - 4 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI